IN THE MATTER OF THE REINSTATEMENT OF MADDEN
2023 OK 25
Case Number: SCBD-7288
Decided: 03/20/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2023 OK 25, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

 

 

IN THE MATTER OF THE REINSTATEMENT OF LISA GOLD MADDEN

ORDER

¶1 The petitioner, Lisa Gold Madden, voluntarily resigned from the Oklahoma Bar Association on or about October 30, 2014. On July 25, 2022, Madden petitioned this Court for reinstatement as a member of the OBA. A hearing was held before the Professional Responsibility Tribunal, and the panel recommended that Madden be reinstated. Upon consideration of the matter, we find:

1) The attorney has met all the procedural requirements necessary for reinstatement in the Oklahoma Bar Association as set out in Rules 11, Rules Governing Disciplinary Proceedings, 5 O.S. 2021, ch.1, app. 1-A.

2) The attorney has established by clear and convincing evidence that she has not engaged in the unauthorized practice of law in the State of Oklahoma.

3) The attorney has established by clear and convincing evidence that she possesses the competency and learning in the law required for reinstatement to the Oklahoma Bar Association.

4) The attorney has established by clear and convincing evidence that she possesses the good moral character which would entitle her to be reinstated to the Oklahoma Bar Association.

¶2 IT IS THEREFORE ORDERED that the petition of Lisa Gold Madden for reinstatement to the Oklahoma Bar Association should be granted. Madden shall pay costs associated with these proceedings in the amount of $720.06 within sixty (60) days of this order.

¶3 IT IS FURTHER ORDERED that Madden shall pay her 2023 Bar Association dues within thirty (30) days of the date of this order. Reinstatement is conditional upon the attorney's payment of these dues.

¶5 DONE BY ORDER OF THE SUPREME COURT THE 20TH DAY OF MARCH, 2023.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.